UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. SEAMSTER,<br><br>Plaintiff,<br><br>v.<br><br>J. SOTO, et al.,<br><br>Defendants. | Case No. CV 16-07779 PA (RAO)<br><br>ORDER ACCEPTING INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint; the Motion for Summary Judgment Based On Plaintiff's Failure to Exhaust Administrative Remedies ("Motion for Summary Judgment") filed by Defendants G. Biaggini, A. Lugo, F. Villalobos, J. Soto, and B. Legier ("Defendants"); all of the other records and files herein; and the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report"). Further, the Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's claims against Defendants, except for Plaintiff's Fourteenth Amendment claim against Defendant Legier, are dismissed

without prejudice.  Defendant Legier is ordered to file a responsive pleading to the remaining claim asserted in the Complaint within 30 days of the date of this Order.

DATED:  November 5, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE